SAMUEL D. JUBELIRER (SBN 287649)
samuel.jubelirer@dentons.com
DENTONS US LLP
1999 Harrison Street
Suite 1210
Oakland, CA 94612-4709
Telephone:    415 882 5000
Facsimile:    415 882 0300

Attorneys for Plaintiffs
BROADCAST MUSIC, INC.,
as agent for Broadcast Music, LLC;
SCREEN GEMS-EMI MUSIC, INC.;
STONE DIAMOND MUSIC CORP.;
JAY-BOY MUSIC CORP.;
SONY/ATV SONGS LLC;
HAIR SUCKER SONGS;
FRESH AVERY MUSIC;
WARNER-TAMERLANE PUBLISHING CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; SCREEN GEMS-EMI MUSIC, INC.; STONE DIAMOND MUSIC CORP.; JAY-BOY MUSIC CORP.; SONY/ATV SONGS LLC; HAIR SUCKER SONGS; FRESH AVERY MUSIC; WARNER-TAMERLANE PUBLISHING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WINE DOWN MEDIA, LLC d/b/a RADIO STATIONS KVON-FM and KVYN-FM, and WILDRED MARCENCIA, <br><br> Defendants. | Case No. <br><br> **COMPLAINT** <br><br> Date Action Filed: September 2, 2025 |

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA 94612-4709
415 882 5000

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION, VENUE, AND DIVISIONAL ASSIGNMENT

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(a) because Defendants reside in or may be found in this District.

3. Assignment to the San Francisco or Oakland Division is proper under Civil Local Rules 3-2(c)-(d) and 3-5(b) because this action arises in Napa County.

## THE PARTIES

4. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of Delaware. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI, as agent for Broadcast Music, LLC, has been granted the right to license the public performance rights in 22.4 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

5. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

6. Plaintiff Screen Gems-EMI Music, Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

7. Plaintiff Stone Diamond Music Corp. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

8. Plaintiff Jay-Boy Music Corp. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

9. Plaintiff Sony/ATV Songs LLC is a limited liability company. This Plaintiff is a copyright owner of at least one of the songs in this matter.

COMPLAINT

10. Plaintiff Hair Sucker Songs is a sole proprietorship. This Plaintiff is a copyright owner of at least one of the songs in this matter.

11. Plaintiff Fresh Avery Music is a sole proprietorship. This Plaintiff is a copyright owner of at least one of the songs in this matter.

12. Plaintiff Warner-Tamerlane Publishing Corp. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

13. Defendant Wine Down Media, LLC is a limited liability company organized and existing under the laws of the state of California located at 135 Gasser Drive, Suite D, Napa, California 94558, in this district, which operates, maintains and controls radio stations known as KVON-FM and KVYN-FM (the "Stations").

14. In connection with the operation of the Stations, Defendant Wine Down Media, LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

15. Defendant Wine Down Media, LLC has a direct financial interest in the Stations.

16. Defendant Wilfred Marcencia is an officer of Defendant Wine Down Media, LLC with responsibility for the operation and management of that limited liability company and the Stations.

17. Defendant Wilfred Marcencia has the right and ability to supervise the activities of Defendant Wine Down Media, LLC and a direct financial interest in that limited liability company and the Stations.

## CLAIMS OF COPYRIGHT INFRINGEMENT

18. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 16.

19. Since May 2022, BMI has reached out to Defendants over thirty (30) times, by phone, mail, and email, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI Repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of

BMI-licensed music in the Stations.

20. Plaintiffs allege seven (7) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

21. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the seven (7) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the station where the infringement occurred.

22. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

23. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

24. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7,

1 the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

25. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Stations the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

26. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Stations, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

//

//

//

//

//

//

//

COMPLAINT

1  WHEREFORE, Plaintiffs pray that:

2  (I) Defendants, their agents, servants, employees, and all persons acting under their
3  permission and authority, be enjoined and restrained from infringing, in any manner, the
4  copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502;

5  (II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. § 504(c);

6  (III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant
7  to 17 U.S.C. § 505; and

8  (IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: September 2, 2025                              DENTONS US LLP


By: */s/ Samuel D. Jubelirer*
       Samuel D. Jubelirer

Attorneys for Plaintiffs
BROADCAST MUSIC, INC.,
as agent for Broadcast Music, LLC;
SCREEN GEMS-EMI MUSIC, INC.;
STONE DIAMOND MUSIC CORP.;
JAY-BOY MUSIC CORP.;
SONY/ATV SONGS LLC;
HAIR SUCKER SONGS;
FRESH AVERY MUSIC;
WARNER-TAMERLANE PUBLISHING CORP.

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Final Countdown AKA The Final Countdown |
| Line 3 | Writer(s) | Joey Tempest |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 6/25/86 |
| Line 6 | Registration No(s). | PA 292-477 |
| Line 7 | Date(s) of Infringement | 4/3/25 |
| Line 8 | Place of Infringement | KVYN-FM |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Hello It's Me |
| Line 3 | Writer(s) | Todd Rundgren |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 7/29/68   3/13/69 |
| Line 6 | Registration No(s). | Eu 66445   Ep 256362 |
| Line 7 | Date(s) of Infringement | 4/3/25 |
| Line 8 | Place of Infringement | KVYN-FM |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Reach Out I'll Be There |
| Line 3 | Writer(s) | Brian Holland; Lamont Dozier; Eddie Holland |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 8/17/66 |
| Line 6 | Registration No(s). | Ep 220667 |
| Line 7 | Date(s) of Infringement | 5/30/25 |
| Line 8 | Place of Infringement | KVYN-FM |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | You Really Got Me |
| Line 3 | Writer(s) | Ray Davies |
| Line 4 | Publisher Plaintiff(s) | Jay-Boy Music Corp. |
| Line 5 | Date(s) of Registration | 9/23/64 |
| Line 6 | Registration No(s). | Ef 29476 |
| Line 7 | Date(s) of Infringement | 5/30/25 |
| Line 8 | Place of Infringement | KVYN-FM |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Brick |
| Line 3 | Writer(s) | Ben Folds; Darren Jessee |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; Darren Michael Jessee, an individual d/b/a Hair Sucker Songs; Benjamin Scott Folds, an individual d/b/a Fresh Avery Music |
| Line 5 | Date(s) of Registration | 3/13/97 |
| Line 6 | Registration No(s). | PA 839-247 |
| Line 7 | Date(s) of Infringement | 3/21/25 |
| Line 8 | Place of Infringement | KVYN-FM |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | I'll Be Around |
| Line 3 | Writer(s) | Thomas Bell; Phil Hurtt |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 3/26/73 |
| Line 6 | Registration No(s). | Ep 310074 |
| Line 7 | Date(s) of Infringement | 5/30/25 |
| Line 8 | Place of Infringement | KVYN-FM |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Wonderwall |
| Line 3 | Writer(s) | Noel Gallagher |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 11/20/95 |
| Line 6 | Registration No(s). | PA 782-736 |
| Line 7 | Date(s) of Infringement | 5/30/25 |
| Line 8 | Place of Infringement | KVYN-FM |